**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                            17 CR. 315 (RMB)

   -against-

                                                                           **ORDER**

FABRICE DIAZ,
                Defendants.
------------------------------------------------------------X

       The Court will hold a telephone status conference on Wednesday, December 16, 2020 at 10:30 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 3151


Dated: November 16, 2020
        New York, NY

                                                          _____
                                                             RICHARD M. BERMAN
                                                                  U.S.D.J.