UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                    17 CR. 315 (RMB)

  -against-

                                    **<u>ORDER</u>**

FABRICE DIAZ,
                Defendants.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, September 29, 2021 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 3151

Dated: September 23, 2021
       New York, NY

                                            _____
                                              RICHARD M. BERMAN
                                                  U.S.D.J.