**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

              17 CR. 315 (RMB)

   -against-

              **ORDER**

FABRICE DIAZ,
              Defendants.
-------------------------------------------------------------X

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, February 28, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 3151

Dated: February 23, 2022
       New York, NY

                                                  _____
                                                        RICHARD M. BERMAN
                                                           U.S.D.J.