**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                  17 CR. 315 (RMB)
  -against-

                                                  **ORDER**

FABRICE DIAZ,
                Defendants.
------------------------------------------------------------X

        Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: August 18, 2022
       New York, NY

                                                _____
                                                    RICHARD M. BERMAN
                                                         U.S.D.J.