UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v- | CASE NO.: 17 Cr. 315 (RMB)(SLC) |
| FABRICE DIAZ, | **SCHEDULING ORDER** |
| Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge.

This case has been referred to the undersigned for purposes of monitoring the status of Defendant's supervised release and to conduct status hearings (ECF No. 96). Accordingly, the supervised release hearing scheduled for Thursday, September 8, 2022, at 9:00 am is now **RESCHEDULED** to **Monday, September 26, 2022, at 1:00 pm** and will take place before Magistrate Judge Sarah L. Cave. The parties, including Mr. Diaz are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:   New York, New York
         August 19, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**