UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FABRICE DIAZ,

Defendant.

CASE NO.: 17 Cr. 315 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A supervised release hearing is scheduled for **Tuesday, February 7, 2023, at 12:00 pm** and will take place before Magistrate Judge Sarah L. Cave. The parties, including Mr. Diaz are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:   New York, New York
         October 18, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**