UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                     Government,         :         17 CR. 315 (RMB)
                                         :
          - against -                    :         **ORDER**
                                         :
FABRICE DIAZ,                            :
                     Defendant.          :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, May 1, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 257 147 544#

Dated: April 26, 2023
       New York, NY

                                                  *Richard M. Berman*
                                           **RICHARD M. BERMAN**
                                                    **U.S.D.J.**