UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                     Government,    :          17 CR. 315 (RMB)
                                           :
        - against -                     :          **ORDER**
                                           :
FABRICE DIAZ,                              :
                     Defendant.     :
-----------------------------------------------------------------x

       The supervised release hearing is scheduled for Tuesday, August 22, 2023 at 9:00 A.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 738 801 580#

Dated: August 16, 2023
       New York, NY

                                                           _____
                                                                **RICHARD M. BERMAN**
                                                                     **U.S.D.J.**