UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                            Government,

                            17 CR. 315 (RMB)

  -against-

                            **ORDER**

FABRICE DIAZ,

                            Defendant.
-------------------------------------------------------------X

     At the supervised release hearing held on August 22, 2023, the parties and the Court determined that Fabrice Diaz should be granted "early termination" of supervision. (See Transcript of Proceedings held on August 22, 2023 for details.; see also 18 U.S.C. § 3583(e)(1) ("The court may…terminate a term of supervised release … if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.") Mr. Diaz's conduct during supervision has included strengthened family and community ties, stable employment, and overall good citizenship, taking full advantage of supervision services, such that it is in the public interest to end further supervision.

     It is hereby ordered that Fabrice Diaz's supervised release be terminated effective August 22, 2023. Best of luck!

Dated: August 22, 2023
       New York, NY

                                      _____
                                          RICHARD M. BERMAN
                                              U.S.D.J.